RANDALL E. STRAUSS (SBN. 168363)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison St., Suite 1600
Oakland, CA 94612
Phone: (510) 832-5411
Fax: (510) 832-1918
Email: rstrauss@giccb.com

Attorneys for Plaintiffs
ANTHONY MAGALLANES, ET AL.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MAGALLANES; and ALEJANDRO CONTRERAS, <br><br> Plaintiffs, <br><br> vs. <br><br> VARIAN MEDICAL SYSTEMS, INC.; and DOES 1–30, inclusive, <br><br> Defendants. | Case No.: 5:23-cv-04417 <br><br> [ASSIGNED FOR ALL PURPOSES TO THE HON. P. CASEY PITTS] <br><br> [PROPOSED] ORDER REGARDING REMAND <br><br> Removed On: August 25, 2023 <br> Complaint Filed: June 21, 2023 |

On September 12, 2023, the Parties to the above-referenced action filed a Joint Stipulation for Remand.  Dkt. 10.  The Court, having reviewed that stipulation and good cause appearing, hereby orders as follows:

1. The Parties' stipulation is approved; and,

2. Northern District of California case number 5:23-cv-04417, styled *Anthony Magallanes, et al. v. Varian Medical Systems, Inc., et al.*, is hereby remanded to the Superior Court of California in the County of Santa Clara.

IT IS SO ORDERED.

DATE: __September 27__, 2023     By: _____
Honorable P. Casey Pitts
United States District Judge